**Fill in this information to identify the case:**

Debtor: Sanitary and Improvement District No. 10, Washington County, Nebraska

United States Bankruptcy Court for the: _____ District of  NE
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 5

Debtor __Sanitary and Improvement District No. 10__ Case number (if known) _____
Name   Washington County, Nebraska

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1 Nonpriority creditor's name and mailing address
David & Lea Bailis
120 S. 31st Ave., Apt. 5404
Omaha, NE 68131

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73,318.40

Basis for the claim: warrants

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

### 3.2 Nonpriority creditor's name and mailing address
Booge Properties
PO Box 494
South Sioux City, NE 68776

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 73,318.40

Basis for the claim: warrants

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

### 3.3 Nonpriority creditor's name and mailing address
D.A. Davidson, Attn: John Kuehl
1111 N. 102nd Court, #300
Omaha, NE 68114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,200,049.31

Basis for the claim: warrants

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

### 3.4 Nonpriority creditor's name and mailing address
Michael Devereaux
12942 Old Cherry Road
Omaha, NE 68137

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 53,683.99

Basis for the claim: warrants

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

### 3.5 Nonpriority creditor's name and mailing address
Lynn & Bonnie Grant
8520 E Via Montoya
Scottsdale, AZ 85255

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 93,895.37

Basis for the claim: warrants

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

### 3.6 Nonpriority creditor's name and mailing address
Stanley & Mary Flegle
2302 Georgetown Place
Bellevue, NE 68123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29,327.36

Basis for the claim: warrants

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor: Sanitary and Improvement District No. 10 Washington County, Nebraska

Case number (if known): _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address
Margaret Jones
432 N. 38th Street
Omaha, NE 68131

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 73,318.40

Basis for the claim: warrants

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.8** Nonpriority creditor's name and mailing address
Timothy L. O'Neill, Trustee
Attn: Pam Blackman
PO Box 1709
Council Bluffs, IA 51502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58,654.72

Basis for the claim: warrants

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.9** Nonpriority creditor's name and mailing address
Richard B. Peterson, Trustee
1036 Skyline Drive
Elkhorn, NE 68022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,663.69

Basis for the claim: warrants

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.10** Nonpriority creditor's name and mailing address
RBC Wealth Management
ATTN: P & S Dept.
60 South 6th Street, #1600
Minneapolis, MN 55402

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 647,474.98

Basis for the claim: warrants

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.11** Nonpriority creditor's name and mailing address
Louis Rich Family Trust
17735 NO 131 Way
Scottsdale, AZ 85259

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58,654.72

Basis for the claim: warrants

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor Sanitary and Improvement District No. 10
Name Washington County, Nebraska   Case number (If known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.12** Nonpriority creditor's name and mailing address
JG Verzal

PO Box 7096
Omaha, NE 68107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: warrants

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 14,663.69

**3.13** Nonpriority creditor's name and mailing address
Mike Vomacka

2115 S. 51st Street
Omaha, NE 68106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: warrants

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,879.24

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor  Sanitary and Improvement District No. 10,    Case number (if known) _____
Name   Washington County, Nebraska

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,409,902.27 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,409,902.27 |