**Fill in this information to identify the case:**

Debtor name: Sanitary and Improvement District No. 10, Washington County, Nebraska

United States Bankruptcy Court for the: _____ District of __NE__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State ZIP Code | | ☐ D / ☐ E/F / ☐ G |
| 2.2 | | Street / City State ZIP Code | | ☐ D / ☐ E/F / ☐ G |
| 2.3 | | Street / City State ZIP Code | | ☐ D / ☐ E/F / ☐ G |
| 2.4 | | Street / City State ZIP Code | | ☐ D / ☐ E/F / ☐ G |
| 2.5 | | Street / City State ZIP Code | | ☐ D / ☐ E/F / ☐ G |
| 2.6 | | Street / City State ZIP Code | | ☐ D / ☐ E/F / ☐ G |

Official Form 206H    Schedule H: Codebtors    page 1 of 1