UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. __-_____ |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #10 OF WASHINGTON | ) | **VERIFICATION OF** |
| COUNTY, NEBRASKA, | ) | **MAILING LIST** |
| | ) | |
| Debtor. | ) | |

The Debtor certifies that the attached mailing list is the first mail matrix in this case. The Debtor hereby verifies that the attached list of creditors is true and correct.

Dated this 6th day of January, 2016.

 

SANITARY AND IMPROVEMENT DISTRICT #10 OF WASHINGTON COUNTY, NEBRASKA, Debtor

_____
Mark J. LaPuzza, #22677
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
mjlbr@pheblaw.com

1