UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: ) | Case No._____ |
| ) | |
| SANITARY AND IMPROVEMENT ) | |
| DISTRICT #10 OF WASHINGTON ) | **MOTION REQUESTING** |
| COUNTY, NEBRASKA, ) | **LIMITED PUBLICATION** |
| ) | |
| Debtor. ) | |

Sanitary and Improvement District #10 of Washington County, Nebraska (the "District") hereby requests that publication of the Notice of Bankruptcy in this case be required only in the Omaha World Herald, Lincoln Journal Star and The Enterprise newspapers. In support of this request, the District states as follows:

1. The District is a sanitary and improvement district created under the laws of the State of Nebraska as a municipal subdivision.

2. Pursuant to Section 923 of the United States Bankruptcy Code (the "Code"), publication of notice of a Chapter 9 Bankruptcy is required.

3. Nebraska Rule of Bankruptcy Procedure 2080-1b.1. states that required publication shall be made in the Wall Street Journal and Omaha World Herald "unless otherwise requested by the Debtor in the Petition and ordered by the Court after notice and hearing."

4. In total, there are only thirteen (13) creditors which would impaired by the bankruptcy.

5. The cost of publication of notice in the Wall Street Journal would be a significant expense of the District which would, in the opinion of the District, unnecessarily expend funds otherwise payable to the creditors of the District.

WHEREFORE, the District requests that the Court, upon assignment of a Judge to this case, permit notice and hearing on the issue of limited publication prior to entry of the Chapter 9 Notice provided in Rule 2080-1a.1.a

Dated this 6th day of January, 2016.

                                         **SANITARY AND IMPROVEMENT DISTRICT #10 OF WASHINGTON COUNTY, NEBRASKA**, Debtor

                                         /s/ Mark J. LaPuzza
                                         Mark J. LaPuzza, #22677
                                         Pansing Hogan Ernst & Bachman, LLP
                                         10250 Regency Circle, Suite 300
                                         Omaha, Nebraska 68114
                                         (402) 397-5500
                                         mjlbr@pheblaw.com