UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. _____ |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #10 OF WASHINGTON | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF MOTION REQUESTING LIMITED PUBLICATION**

COMES NOW, Sanitary and Improvement District No. 10 of Washington County, Nebraska, by and through its attorney of record, and hereby notifies the parties and/or recipients as follows:

1. That on January 6, 2016, Sanitary and Improvement District No. 10 of Washington County, Nebraska, by and through their counsel of record, filed a Motion Requesting Limited Publication (the "Motion").

2. Any parties in interest who object to the Court approving the Motion must properly make their objection to the Court on or before **Thursday, January 28, 2016**.

3. This matter may be presented to the Court by hearing to address any objection filed.

4. If no objection is filed, the Court may enter an order approving the Motion.

Dated this 6th day of January, 2016.

**SANITARY AND IMPROVEMENT DISTRICT #10 OF WASHINGTON COUNTY, NEBRASKA**, Debtor

By: _____
Mark J. LaPuzza, #22677
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
Fax: (402) 397-4853
Email: mjlbr@pheblaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, on the 7th day of January, 2015 to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of January 7, 2016 at 1:00 pm CDT.

_____