UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No._____ |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #10 OF WASHINGTON | ) | **STATEMENT OF QUALIFICATION** |
| COUNTY, NEBRASKA, | ) | **UNDER SECTION 109(C) OF THE** |
| | ) | **UNITED STATES BANKRUPTCY CODE** |
| Debtor. | ) | |

1.    Sanitary and Improvement District #10 of Washington County, Nebraska (the "Debtor") is a municipality, as such term is defined in Section 101(40) of the United States Bankruptcy Code;

2.    The Debtor is specifically authorized in the capacity as a municipality or by name to be a debtor under Chapter 9 of the United States Bankruptcy Code by the laws of the State of the Nebraska, or by governing officer or organization empowered by the laws of the State of Nebraska to authorize such an entity to be a debtor under Chapter 9;

3.    The Debtor is insolvent;

4.    The Debtor desires to effect a plan to adjust its debts; and

5.    The Debtor has negotiated in good faith with creditors and has failed to obtain the agreement of creditors holding at least a majority in the amount of claims of each class that such entity intends to impair under a plan under its Chapter 9 case.

Dated this 6th day of January, 2016.

SANITARY AND IMPROVEMENT DISTRICT #10 OF WASHINGTON COUNTY, NEBRASKA, Debtor

_____
Mark J. LaPuzza, #22677
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500

1

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A MUNICIPALITY

I, the authorized officer or an authorized agent of the municipality named as Debtor in this case, declare under penalty of perjury that I have read the foregoing Statement of Qualifications under Section 109 (c) and that it is true and correct to the best of information and belief.

Dated: January 6, 2016.

By: _____
Donna M. Nissen, Clerk